IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 7:24-639 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| -versus- | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 924(e) |
| **KENNETH DALE POLLEY, III** | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

### COUNT 1

THE GRAND JURY CHARGES:

That on or about June 25, 2023, in the District of South Carolina, the Defendant, **KENNETH DALE POLLEY, III**, knowingly possessed a firearm in and affecting commerce, to wit, a SCCY, model CPX-2, 9mm pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

1

## FORFEITURE

<u>FIREARM OFFENSE</u>:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **KENNETH DALE POLLEY, III**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) any firearms (as defined in 18 U.S.C. § 921) –

    (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

<u>PROPERTY</u>:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. <u>Firearm</u>:

SCCY, model CPX-2, 9mm pistol
Serial Number: C412260

B. <u>Ammunition</u>:

Miscellaneous rounds of 9mm ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).



A __True__ Bill

**FOREPERSON**

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Christopher B. Schoen (Fed. ID # 11421)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Christopher.Schoen@usdoj.gov

3